FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2009 JUN -4 PM 3: 13

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | CR409-30 |
| WANDA WILLIAMSON, | ) | |
| Defendant. | ) | |

### MINUTE ORDER

The above cause having come before the Court on the 4th day of June, 2009, and the following rulings having been made orally, said rulings are hereby made the judgment of the Court:

Defendant's motion to dismiss the indictment is TAKEN UNDER ADVISEMENT.

All other pretrial motions are MOOT.

**SO ORDERED** this 4th day of June, 2009.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA