IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR409-030
)
WANDA WILLIAMSON, )
)
Defendant. )
)

## O R D E R

Before the Court is Defendant Wanda Williamson's Motion to Dismiss. (Doc. 18.) On June 25, 2009, the Magistrate Judge issued a Report and Recommendation that recommended denying the Motion. (Doc. 25.) Four days later, the Defendant pled guilty. (Doc. 32.) Accordingly, the Motion and the Report and Recommendation are **DISMISSED AS MOOT**.

SO ORDERED this 6th day of October, 2009.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA